

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 17, 2017**

United States Bankruptcy Judge

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 11 |
| **RINCON ISLAND LIMITED** | ) | |
| **PARTNERSHIP,** | ) | Case No. 16-33174-hdh-11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING FIRST INTERIM APPLICATION OF THE CLARO GROUP, LLC
AND RICHARD S. SCHMIDT AS SPECIAL PURPOSE FIDUCIARY, FOR
ALLOWANCE AND PAYMENT OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE
<u>PERIOD AUGUST 16, 2016 THROUGH NOVEMBER 30, 2016</u>**

Came on for consideration the First Interim Application [Dkt No.159] (the "<u>Application</u>")

of The Claro Group, LLC and Richard S. Schmidt as Special Purpose Fiduciary (together,

"<u>Claro</u>") for Allowance and Payment of Compensation for Services Rendered and

Reimbursements of Expenses for the Application Period[1]; no objections or responses having been filed to the Application and the deadline for filing such objections having expired; the Court having reviewed the Application and finding the relief requested therein to be reasonable hereby GRANTS the Application.  It is therefore  ORDERED as follows:

1.    The Application is hereby GRANTED.

2.    The fees and expenses incurred by Claro during the Application Period are reasonable and necessary and are hereby approved.

3.    All fees and expenses in the aggregate amount of $15,068.32, representing $13,446.50 in fees (for 31.4 hours of services rendered) and reimbursement of out-of-pocket expenses in the amount of $1,621.82, for the entire Application Period, are hereby approved.

4.    The Debtor is directed to pay to Claro the sum of $12,379.02, representing 80% of the unpaid fees and 100% of unpaid expenses for the entire Application Period.

### END OF ORDER ###

---

[1] Capitalized terms used but not defined herein shall have the meanings set forth in the Application.

**ORDER– Page 2**
HOU:3758333.1

**SUBMITTED BY:**

David A. Zdunkewicz
State Bar No. 22253400
Timothy A. ("Tad") Davidson II
State Bar No. 24012503
Ashley L. Harper
State Bar No. 24065272
600 Travis, Suite 4200
Houston, Texas 77002
(713) 220-4200 - Telephone
(713) 220-4285 - Telecopy
DZdunkewicz@andrewskurth.com
taddavidson@andrewskurth.com
ashleyharper@andrewskurth.com

Michelle V. Larson
State Bar No. 00796928
1717 Main Street, Suite 3700
(214) 659-4400 - Telephone
(214) 659-4401 - Telecopy
michellelarson@andrewskurth.com

ATTORNEYS TO THE DEBTOR AND
DEBTOR-IN-POSSESSION