United States Department of Justice
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas  75242
(214) 767-1088

Nancy Resnick
TX No. 00790135

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **RINCON ISLAND LIMITED** | § | **Case No. 16-33174-HDH-11** |
| **PARTNERSHIP,** | § | |
| | § | |
| **Debtor-in-Possession.** | § | |

## APPLICATION OF THE UNITED STATES TRUSTEE
## TO APPROVE APPOINTMENT OF TRUSTEE

NOW COMES the United States Trustee for Region 6 and files this Application to Approve the Appointment of a Trustee in the above entitled cases.  In support of this Application, the United States Trustee would show as follows:

1.      The above styled and numbered case was commenced by the filing of voluntary petition under Chapter 11 of the Bankruptcy Code on August 8, 2016.

2.      On June 26, 2017, the Court ordered the United States Trustee to appoint a Trustee for the case (docket no. 252).

3.      After consulting with David Zdunkewicz, counsel for the Debtor, Judith Ross, counsel for California State Lands Commission and DOGGR (California Department of Conservation, Division of Oil, Gas, and Geothermal Resources), Evan Jones, counsel for UBS,

and Mitch Rishe, counsel for the California Attorney General, the United States Trustee selected Jason Searcy to serve as Trustee.

4       Except as disclosed in the verified statement accompanying this application, Mr. Searcy has no connection with the Debtor, creditors, parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed by the United States Trustee.

The United States Trustee respectfully requests entry of an order approving the appointment of **Jason Searcy** as Trustee of the above-referenced estate.


Dated:  June 28, 2017                          Respectfully submitted,

                                                WILLIAM T. NEARY
                                                UNITED STATES TRUSTEE

                                                */s/ Nancy Sue Resnick*
                                                Nancy Sue Resnick
                                                Office of the United States Trustee
                                                1100 Commerce St., Room 976
                                                Dallas, TX  75242
                                                (214) 767-1088
                                                nancy.s.resnick@usdoj.gov




Certificate of Service


        I certify that on June 28, 2017, I served the parties listed below by ECF, and on June 29, 2017, I served the parties listed on the attached service list by U.S. Mail, first class, postage prepaid.

                                                */s/ Nancy Sue Resnick*
                                                Nancy Sue Resnick


Andrews Kurth Kenyon LLP                        Andrews Kurth Kenyon LLP
c/o Michelle V. Larson                          c/o David A. Zdunkewicz
1717 Main Street, Ste. 3700                     600 Travis, Ste. 4200
Dallas, TX  75201                               Houston, TX  77002
*By ECF:*  michellelarson@andrewskurth.com      *By ECF:*  davidzdunkewicz@akllp.com

Mark A. Castillo
Curtis Castillo PC
901 Main Street, Ste. 6515
Dallas, TX 75202

West Coast Welding & Construction, Inc.
c/o Bryan C. Assink
Curtis Castillo PC
901 Main Street, Ste. 6515
Dallas, TX 75202
*By ECF: bassink@curtislaw.net*

UBS AG, London Branch
c/o Olivia Arden Adendorff
Gibson Dunn & Crutcher LLP
2100 McKinney Avenue, Ste. 1100
Dallas, TX 75201
*By ECF: oadendorff@gibsondunn.com*

UBS AG, London Branch
c/o Evan M. Jones
O'Melveny & Myers LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
*By ECF: ejones@omm.com*

UBS AG, London Branch
c/o Brian M. Metcalf
O'Melveny & Myers LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
*By ECF: bmetcalf@omm.com*

UBS AG, London Branch
c/o Michael A. Rosenthal
Gibson Dunn & Crutcher
2100 McKinney Avenue, Ste. 1100
Dallas, TX 75201
*By ECF: mrosenthal@gibsondunn.com*

California Department of Conservation
c/o Mitchell Elliott Rishe
California Department of Justice
Office of the Attorney General
300 South Spring Street, Ste. 1702
Los Angeles, CA 90013
*By ECF: Mitchell.rishe@doj.ca.gov*

California Department of Conservation
c/o Lesley C. Ardemagni
Law Offices of Judith W. Ross
700 North Pearl Street, Ste. 1610
Dallas, TX 75201
*By ECF: Lesley.ardemagni@judithwross.com*

California State Lands Commission
c/o Mitchell Elliott Rishe
California Department of Justice
Office of the Attorney General
300 South Spring Street, Ste. 1702
Los Angeles, CA 90013
*By ECF: Mitchell.rishe@doj.ca.gov*

California State Lands Commission
c/o Lesley C. Ardemagni
Law Offices of Judith W. Ross
700 North Pearl Street, Ste. 1610
Dallas, TX 75201
*By ECF: Lesley.ardemagni@judithwross.com*

California State Lands Commission
c/o Judith W. Ross
Judith Ross, PC
700 North Pearl Street, Ste. 1610
Dallas, TX 75201
*By ECF: Judith.ross@judithwross.com*

California State Lands Commission
c/o Eric A. Soderlund
Judith Ross, PC
700 North Pearl Street, Ste. 1610
Dallas, TX 75201
*By ECF: eric.soderlund@judithwross.com*

UBS AG
c/o Olivia Arden Adendorff
Gibson Dunn & Crutcher, LLP
2100 McKinney Avenue, Ste. 1100
Dallas, TX 75201
*By ECF: oadendorff@gibsondunn.com*

UBS AG
c/o Michael A. Rosenthal
Gibson Dunn & Crutcher
2100 McKinney Avenue, Ste. 1100
Dallas, TX 75201
*By ECF: mrosenthal@gibsondunn.com*

GLR LLC
c/o Alec P. Ostrow
Becker Glynn Muffly Chassin & Hosinski
299 Park Avenue
New York, NY 10171
*By ECF: aostrow@beckerglynn.com*

GLR LLC
c/o John D. Penn
Perkins Coie LLP
500 North Akard, Ste. 3300
Dallas, TX 75201
*By ECF: jpenn@perkinscoie.com*

GIT Inc.
c/o Alec P. Ostrow
Becker Glynn Muffly Chassin & Hosinski
299 Park Avenue
New York, NY 10171
*By ECF: aostrow@beckerglynn.com*

Coast Ranch Family LLC
c/o Brian L. Holman
Musick Peeler & Garrett LLP
624 South Grand Avenue, Ste. 2000
Los Angeles, CA 90017
*By ECF: b.holman@MPGLAW.com*

Atlantic Richfield Company
c/o Monica Susan Blacker
Jackson Walker LLP
2323 Ross Avenue, Ste. 600
Dallas, TX 75201
*By ECF:* *mblacker@jw.com*

Atlantic Richfield Company
c/o Teresa H. Pearson
Miller Nash Graham & Dunn LLP
111 S.W. Fifth Avenue, Ste. 3400
Portland, OR 97204
*By ECF:* *Teresa.pearson@millernash.com*

Rincon Island Limited Partnership
P. O. Box 5489
Santa Maria, CA 93456

Rincon Island Limited Partnership
c/o Michelle V. Larson
Andrews Kurth Kenyon LLP

1717 Main Street, Ste. 3700
Dallas, TX 75201
*By ECF:* *michellelarson@andrewskurth.com*

Rincon Island Limited Partnership
c/o David A. Zdunkewicz
Andrews Kurth, LLP
600 Travis, Ste. 4200
Houston, TX 77002
*By ECF:* *davidzdunkewicz@akllp.com*

Richard S. Schmidt
The Claro Group LLC
1221 McKinney Street, Ste. 2850
Houston, TX 77010

Randall Newsome
c/o David A. Zdunkewicz
600 Travis, Ste. 4200
Houston, TX 77002
*By ECF:* *davidzdunkewicz@akllp.com*

United States Department of Justice
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242
(214) 767-1088

Nancy Resnick
TX No. 00790135

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **RINCON ISLAND LIMITED** | § | Case No. 16-33174-HDH-11 |
| **PARTNERSHIP,** | § | |
| | § | |
| Debtor-in-Possession. | § | |

## <u>VERIFIED STATEMENT OF JASON SEARCY</u>

BEFORE ME, the undersigned authority on this day personally appeared Jason Searcy who being by me duly sworn upon this oath, deposes and says as follows:

"My office is located at P. O. Box 3929, 446 Forrest Square, Longview, TX 75606."

"The U. S. Trustee has contacted me in an effort to appoint me as the Chapter 11 Trustee in the above-referenced case. Said bankruptcy was filed voluntarily on August 8, 2016, and bears Case No. 16-33174-hdh-11."

"To the best of my knowledge, after diligent investigation, I hereby state that I do not have any connection with the Debtor, its creditors, any parties in interest, their respective attorneys and accountants, the U. S. Trustee or any person employed in the Office of the U. S. Trustee."

**JASON SEARCY**

SUBSCRIBED AND SWORN to before me this 28 day of June, 2017

Notary Public, State of Texas

My Commission Expires:

KIM McMULLEN
Notary Public
STATE OF TEXAS
My Comm. Exp. 08-04-2019

Notary's Name – Printed or Typed

Label Matrix for local noticing
0539-3
Case 16-33174-hdh11
Northern District of Texas
Dallas
Tue Jun 27 16:31:52 CDT 2017

Andrews Kurth Kenyon LLP
1717 Main St., Ste 3700
Dallas, TX 75201-4749

Andrews Kurth Kenyon LLP
600 Travis, Suite 4200
Houston, TX 77002-2929

Atlantic Richfield Company
Miller Nash Graham & Dunn
111 S.W. Fifth Avenue, Suite 3400
Portland, OR 97204-3614

California Department of Conservation
c/o Office of the Attorney General
Attn: Mitchell Rishe
300 S. Spring St., Suite 1702
Los Angeles, CA 90013-1256

California State Lands Commission
c/o Office of the Attorney General
Attn: Mitchell Rishe
300 S. Spring St., Suite 1702
Los Angeles, CA 90013-1256

Rincon Island Limited Partnership
P.O. Box 5489
Santa Maria, CA 93456-5489

The Claro Group, LLC
1221 McKinney St., Ste 2850
Houston, TX 77010-2028

West Coast Welding & Construction, Inc.
2201 Celsius Avenue
Building B
Oxnard, CA 93030-5183

1100 Commerce Street
Room 1254
Dallas, TX 75242-1305

AFLAC
1932 Wynnton Road
Columbus, CA 31999-0002

Ace Pump
848 W. Century
Suite A
Santa Maria, CA 93455-1113

Airgas USA, LLC
P.O. Box 93500
Long Beach, CA
90809-3500

American Home Assurance Company
70 Pine Street
New York, NY 10005-1522

American International Companies
175 Water Street, 6th Floor
New York, NY 10038-4918

Ameripride
P.O. Box 1159
Bemidji, MN 56619-1159

Anterra
918-C 1 Mission Rock Road
Santa Paula, CA 93060-9134

Applied Backflow Technologies
P.O. Box 4193
Ventura, CA 93007-0193

Applied Industrial Technologies
P.O. Box 100538
Psadena, CA 91189-0538

Applus RTD, USA
25636 Network Place
Chicago, IL 60673-1256

Aramark
P.O. Box 101179
Pasadena, CA 91189-0005

Aramark Uniform & Career Apparel
c/o Sheila R. Schwager
Hawley Troxell Ennis & Hawley, LLP
P.O. Box 1617
Boise, ID 83701-1617

Arent Fox LLP
Gas Company Tower
P.O. Box 644672
Pittsburgh, PA 15264-4672

Assurant Employee Benefits
P.O. Box 807009
Kansas City, MO 64184-7009

Atlantic Richfield Company
Teresa H. Pearson
Miller Nash Graham & Dunn LLP
111 S.W. Fifth Avenue, Suite 3400
Portland, OR 97204-3614

Borton Petrini LLP
5060 California Avenue
Suite #700
Bakersfield, CA 93309-7056

Brian L. Holman, Esq.
Musick, Peeler & Garrett, LLP
624 S. Grand Avenue, Suite 2000
Los Angeles, CA 90017-3383

California Board of Equalization
P.O. Box 942879
Sacramento, CA 94279-0001

California Coastal Commission
1121 L Street #503
Sacramento, CA 95814-3943

California DTSC
P.O. Box 806
Sacramento, CA 95812-0806

California Department of Conservation
Div. of Oil Gas and Geothermal Resources
c/o Mitchell Rishe, Deputy Attorney Gen.
California Department of Justice
300 S. Spring Street, Suite 1702
Los Angeles, CA 90013-1256

California Dept. of Fish & Wildlife
1416 9th Street, 12th Floor
Sacramento, CA 95814-5515

California Dept. of Forestry & Fire Pro
Office of State Fire Marshal
Pipeline Safety Division
1131 S. Street
Sacramento, CA 95811-6524

California Employment Development Dept.
P.O. Box 826880
Sacramento, CA 94280-0001

California OSPR
1700 K Street
Suite 250
Sacramento, CA 95811-4016

California State Lands Commission
Joseph Fabel, State Lands Commission
100 Howe Ave., Suite 100-S
Sacramento, CA 95825-8219

Canary, LLC
P.O. Box 670257
Dallas, TX 75267-0257

Capital Industrial Medical Supply Co. Inc.
dba Zee Medical Service Co. #34
107 Bryant St.
Ojai, CA 93023-3309

Cardno
P.O.Box 123422
Dallas, TX 75312-3422

Casitas Municipal Water Dist.
1055 Ventura Ave.
Oak View, CA 93022-9699

Clean Seas, LLC
990 Cindy Lane
Unit B
Carpinteria, CA 93013-2900

Coast Ranch Family LLC
1000 South Seaward Avenue
Ventura, CA 93001-3735

Coast Ranch Family, LLC
Brian L. Holman, Esq.
Musick, Peeler & Garrett LLP
624 S. Grand Avenue, Suite 2000
Los Angeles, CA 90017-3383

Commerce and Industry Insurance Company
175 Water Street
New York, NY 10038-4969

County of Ventura
Resource Management Agency
800 S. Victoria Ave.
Ventura, CA 93009-0001

Coverall North America, Inc.
2955 Momentum Place
Chicago, IL 60689-5329

DCOR
8401 N. Central Expressway
Suite 525
Dallas, TX 75225-4418

Dept,. of Industrial Relations
Accounting Office (OSH)
P.O. Box 420603
San Francisco, CA 94142-0603

Dept. of Conservation
Div. of OIl, Gas & Geotherm
Attn: Assessments
801 K St, MS 18-05
Sacramento, CA 95814-3520

Diversified Project Services Inc.
5351 Olive Drive
Bakersfield, CA 93308-2926

E.J. Harrison & Sons, Inc.
P.O. Box 4009
Ventura, CA 93007-4009

Electronic Meter Calibrating
P.O. Box 6261
Santa Ana, CA 92706-0261

Environmental Health CUPA
800 S. Victoria Avenue
Ventura, CA 93009-1730

Exclusive Alarrms Services
1746 S. Victoria
Suite F-443
Ventura, CA 93003-6183

Farwest Corrosion Control Comp
12029 Regentview Avenue
Downey, CA 90241-5517

Fastenal Company
P.O. Box 978
Winoma, MN 55987-0978

Franchise Tax Board
Bankruptcy Section MS A 340
P.O. Box 2952
Sacramento, CA 95812-2952

Franchise Tax Board
P.O. Box 942857
Sacramento, CA 94257-0531

GIT, Inc.
P.O. Box 5489
Santa Maria, CA 93456-5489

GLR, LLC
45 Rockefeller Plz
Suite 2410
New York, NY 10111-2493

Gary Ammeraal Meter Proving
1584 Clarisse St.
Bakersfield, CA 93314

Golden Empire Towing
1915 Union Ave.
Bakersfield, CA 93305

Greka Integrated Inc.
1700 Sinton Rd
Santa Maria, CA 93458-9708

HVI Cat Canyon, Inc.
1700 Sinton Rd
Santa Maria, CA 93458-9708

Industrial Medical Group
3070 Skyway Drive
Suite 106
Santa Maria, CA 93455-1871

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

JP Morgan Chase Bank, N.A.
Escrow Services
712 Main St., 5th Floor South
Houston, TX 77002-3201

James M. Garten
640 Grant Road
North Salem, NY 10560-2314

KVOS, Inc.
P.O. Box 81263
Bakersfield, CA 93380-1263

Kimray Sales & Service
34928 Gazelle Court
Bakersfield, CA 93308-9618

Lee and Neal
P.O. Box 4127
Santa Barbara, CA 93140-4127

Los Angeles Regional Water QC Board
320 West Fourth street
Suite 200
Los Angeles, CA 90013-2343

M.G. Taylor Equipment, Inc.
P.O. Box 637
Fillmore, CA 93016-0637

MMCG, Inc.
121 Via Del Cielo
Santa Barbara, CA 93109-1427

Marborg Industries
P.o. Box 4127
Santa Barbara, CA 93140-4127

O'Briens Response Management
P.O. Box 534967
Atlanta, GA 30353-4950

Office of the United States Trustee
1100 Commerce
Room 976
Dallas, TX 75242-0996

PG&E
P.O. Box 997300
Sacramento, CA 95899-7300

Pacific SeaTech
110 N. Olive
Suite M
Ventura, CA 93001-2570

Process Engineering Solutions
P.O. Box 5190
Bakersfield, CA 93388-5190

Production Tool Specialties
P.O. Box 4152
Ventura, CA 93007-0152

Pros Incorporated
P.O. Box 20996
Bakersfield, CA 93390-0996

Punta Gorda Resources, LLC
c/o Rutan & Tucker LLP
611 Anton Blvd., Suite 1400
Costa Mesa, CA 92626-1931

Railroad Management Company
P.O. Box 678161
Dallas, TX 75267-8161

Ready Refresh
P.O. Box 856158
Louisville, KY 40285-6158

Rival Well Services, Inc.
P.O. Box 12620
Bakersfield, CA 93389-2620

Rolls Scaffolding & Equipment
P.O. Box 7909
Ventura, CA 93006-7909

Silvas Oil Company, Inc.
P.O. Box 1048
Fresno, CA 93714-1048

Smardan-Hatcher Co.
257 Tank Farm Road
San Luis Obispo, CA 93401-7509

South Coast Oil Corporation
c/o Jeffer, Mangels, Butler & Marmaro
1900 Ave of the Stars, 7th Fl
Beverly Hills, CA 90212

Southern California Edison Company
P.O. Box 300
Rosemead, CA 91772-0001

(p)SPRINT NEXTEL CORRESPONDENCE
ATTN BANKRUPTCY DEPT
PO BOX 7949
OVERLAND PARK KS 66207-0949

Stantec
13980 Collections Center Drive
Chicago, IL 60693-0139

Staples Business Advantage
P.O. Box 83689
Chicago, IL 60696-3689

State Lands Commission
Attn: Accounting
100 Howe Ave
Suite 100-South
Sacramento, CA 95825-8202

Steven Hinz-Tax Collector
800 South Victoria Avenue
Ventura, CA 93009-1290

Sweet Oil Tool Rental, Inc.
3511 Getty St.
Bakersfield, CA 93308-5206

Teresa Pearson
Miller Nash Graham & Dunn LLP
111 S.W. Fifth Avenue, Suite 3400
Portland, OR 97204-3614

Thomas & Beers
572 Poli Street
Ventura, CA 93001-2633

Thompco, Inc.
899 Mission Rock Rd.
Santa Paula, CA 93060-9762

U.S. Coast Guard
2703 Martin Luther King Jr. Ave. SE
Washington DC 20593-7000

U.S. EPA
75 Hawthorne Street
San Francisco, CA 94105-3922

UBS
1285 Avenue of the Americas
New York, NY 10019-6096

UBS AG, London Branch
O'Melveny & Myers LLp
400 South Hope Street, 18th Fl.
Los Angeles, CA 90071-2830

Underground Service Alert
P.O. Box 77070
Corona, CA 92877-0102

United Rentals
File 51122
Los Angeles, CA 90074-1122

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

Ventura County APCD
669 Country square Drive
Ventura, CA 93003-5417

Ventura County tax Collector
800 South Victoria Avenue
Ventura, CA 93009-1290

Ventura Vacco
4665 Ortega Street
Ventura, CA 93003-7713

Ventura Wholesale Electric Inc.
1785 North Ventura Ave.
Ventura, CA 93001-1573

Vision Service Plan - (CA)
P.O. Box 45210
San Francisco, CA 94145-5210

Walter R. Dahl
Dahl Law, Attorneys At Law
2304 N Street
Sacramento, CA 95816-5716

Weatherford International, LLC
2000 St. James Place
Houston, TX 77056-4123

Wesco
3233 Rio Mirada Drive
Bakersfield, CA 93308-4945

West Coast Welding & Construction, Inc.
P.O. Box 1915
Ventura, CA 93002-1915

Western Fishing Services Inc.
225 Verde Oak Drive
Oak view, CA 93022-9746

Westex
P.O. Box 5587
Oxnard, CA 93031-5587

Westland Transportation, Inc.
3157 Gibson St.
Bakersfield, CA 93308-6111

X-Chem Oilfield Chemicals
P.O. Box 971433
Dallas, TX 75397-1433

Zee Medical
107 Bryant Street
Ojai, CA 93023-3309

David A. Zdunkewicz
Andrews Kurth, LLP
600 Travis, Ste. 4200
Houston, TX 77002-2929

Mark A. Castillo
Curtis Castillo PC
901 Main Street, Suite 6515
Dallas, TX 75202-3782


Michelle V. Larson
Andrews Kurth Kenyon LLP
1717 Main Street
Suite 3700
Dallas, TX 75201-4749

Randall Newsome
co David A. Zdunkewicz
600 Travis, Suite 4200
Houston, TX 77002-2929

Richard S. Schmidt
The Claro Group, LLC
1221 McKinney St., Ste 2850
Houston, TX 77010-2028


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Sprint
P.O. Box 4181
Carol Stream, IL 60197-4181


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Coast Ranch Family LLC

(u)GIT, Inc.

(u)GLR, LLC


(u)UBS AG

(u)UBS AG, London Branch

(d)Brian L. Holman, Esq.
Musick, Peeler & Garrett, LLP
624 S. Grand Avenue, Suite 2000
Los Angeles, CA 90017-3321


End of Label Matrix
Mailable recipients   125
Bypassed recipients     6
Total               131