Keith A. Langley
Texas State Bar No. 11919500
1301 Solana Boulevard
Building 1, Suite 1545
Westlake, Texas 76262
214-722-7162
214-722-7161 (Fax)
klangley@l-llp.com

**COUNSEL FOR CREDITOR AIG**

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 16-33174 |
| | § | |
| RINCON ISLAND LIMITED | § | |
| PARTNERSHIP | § | CHAPTER 7 |
| | § | |
| DEBTOR. | § | |

## AIG'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY
## REGARDING BONDS AND INSURANCE POLICY

**PURSUANT TO LOCAL BANKRUPTCY RULE 4001-1(b), A RESPONSE IS REQUIRED TO THIS MOTION, OR THE ALLEGATIONS IN THE MOTION MAY BE DEEMED ADMITTED, AND AN ORDER GRANTING THE RELIEF SOUGHT MAY BE ENTERED BY DEFAULT.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 1100 COMMERCE ST #1254, DALLAS, TX 75242 BEFORE CLOSE OF BUSINESS ON MARCH 5, 2018, WHICH IS AT LEAST 14 DAYS FROM THE DATE OF SERVICE HEREOF. A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVING PARTY AND ANY TRUSTEE OR EXAMINER APPOINTED IN THE CASE. ANY RESPONSE SHALL INCLUDE A DETAILED AND COMPREHENSIVE STATEMENT AS TO HOW THE MOVANT CAN BE "ADEQUATELY PROTECTED" IF THE STAY IS TO BE CONTINUED.**

TO THE HONORABLE HARLIN D. HALE, UNITED STATES BANKRUPTCY JUDGE:

National Union Fire Insurance Company of Pittsburg, Pa. and Commerce and Industry Insurance Company, subsidiaries of American International Group, Inc. ("AIG"), file this Motion for Relief from the Automatic Stay pursuant to Bankruptcy Code Sections 362(d)(1) and/or (d)(2) to allow payment of insurance policy proceeds to AIG and for AIG to perform bond obligations

relating to oil and gas leases that the Trustee conveyed by quitclaim deed from the Debtor to the State of California. AIG respectfully states:

## I.
## JURISDICTION & VENUE

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C §§ 157 and 362. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## II.
## BACKGROUND

### A. *Procedural Background*

2. Debtor filed a voluntary Chapter 11 bankruptcy proceeding on August 8, 2016 (the "Petition Date.")

3. As of the Petition Date, Debtor owned and operated oil and gas interests, and Debtor was a lessee on three leases on properties in the coastal waters of California: PRC 1466.1 (what is known as the "Rincon Island Lease"); and PRC 145.1 and PRC 410.1 (the "Shoreside Leases") (collectively "Leases.").

4. This Court has approved quitclaim deeds of Debtor's interests in the Leases from the Trustee to the State of California. [Dkts. 338, 343]

5. On January 8, 2018, the Court converted Debtor's matter from Chapter 11 to Chapter 7. [Dkt. 355]

### B. *AIG has Bond Obligations in Connection with the Leases*

6. In 2002, one of AIG's subsidiaries, American Home Assurance Company, issued three environmental surety bonds ("Bonds") in connection with the Leases. Exhibit A. The Bonds relate to post-production plugging and abandonment of wells as required by federal and state law.

AIG's MOTION FOR RELIEF FROM THE AUTOMATIC STAY                     PAGE 2
REGARDING BONDS AND INSURANCE POLICY

In 2009, another one of AIG's subsidiaries, National Union Fire Insurance Company of Pittsburg, Pa., replaced American Home as the surety ("AIG Surety").

7.      The California State Lands Commission was the obligee on one of these Bonds ("SLC Bond") and the California Department of Conservation, Division of Oil, Gas, & Geothermal Resources was the obligee on the other two Bonds ("DOGGR Bonds"). The State Lands Commission and the Division of Oil, Gas, & Geothermal Resources are defined collectively as the "Obligees."

8.      On July 24, 2017, demand was made by the State Lands Commission to AIG Surety on the SLC Bond. Exhibit B.

9.      On January 25, 2018, demand was made by the Department of Conservation, Division of Oil, Gas, & Geothermal Resources on the DOGGR Bonds. Exhibit C.

10.     The Bonds are secured by an insurance policy (the "Policy") issued by another AIG subsidiary, Commerce and Industry Insurance Company ("AIG Insurer"). The Policy secures the Bonds, and the Policy proceeds are properly payable to AIG Surety for that purpose. AIG Surety will pay the bond amounts to the State Lands Commission pursuant to the demands from both of the Obligees upon receipt of the proceeds and execution of a release and assignment by the Obligees.

## III.
## ARGUMENTS & AUTHORITIES

11.     There are two grounds that support a lift of the automatic stay. First, under section 362(d)(1), cause exists to lift the automatic stay to permit AIG Insurer to submit Policy proceeds to AIG Surety in connection with the Bonds. 11 U.S.C. § 362(d)(1).

12.     Second, relief from stay is proper pursuant to section 362(d)(2) because Debtor has no equity in the property that was quitclaimed to the State of California, and the property is not

necessary to an effective reorganization. *Id.* § 362(d)(2).

## IV.
## REQUEST FOR RELIEF

For the foregoing reasons, AIG respectfully requests that the Court enter an order lifting

the automatic stay to permit AIG Insurer to perform on the Policy to provide proceeds to AIG

Surety in connection with the Bonds and for AIG Surety to pay on the Bonds pursuant to the

Obligees' instructions, and for such other and further relief as is just and equitable.

DATED: February 20, 2018

Respectfully submitted,

LANGLEY LLP

By: */s/ Keith A. Langley*

Keith A. Langley
Texas State Bar No. 11919500
1301 Solana Boulevard
Building 1, Suite 1545
Westlake, Texas 76262
214-722-7162
214-722-7161 (Fax)
klangley@l-llp.com

**COUNSEL FOR CREDITOR AIG**

## CERTIFICATE OF CONFERENCE

I certify that, on February 14, 2018, I spoke with Trustee Jason Searcy regarding the relief
requested in this Motion and he is unopposed.

*/s/ Keith A. Langley*
Keith A. Langley

AIG's MOTION FOR RELIEF FROM THE AUTOMATIC STAY                    PAGE 4
REGARDING BONDS AND INSURANCE POLICY

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served by electronic notice on all persons requesting notice under the ECF filing system for the Northern District of Texas, and by U.S. Mail, postage paid, to each interested party on the attached service list in accordance with the Federal Rules of Civil Procedure, on or before the 20th day of February, 2018.

/s/ Keith A. Langley
Keith A. Langley

SERVICE LIST

Label Matrix for local noticing
0539-3
Case 16-33174-hdh7
Northern District of Texas
Dallas
Mon Feb 19 14:45:06 CST 2018

American International Companies (AIG)
c/o Keith A. Langley, Langley, LLP
1301 Solana Blvd
Building 1, Suite 1545
Westlake, TX 76262-1659

Andrews Kurth Kenyon LLP
600 Travis, Suite 4200
Houston, TX 77002-2929

Atlantic Richfield Company
Miller Nash Graham & Dunn
111 S.W. Fifth Avenue, Suite 3400
Portland, OR 97204-3614

California Department of Conservation
c/o Office of the Attorney General
Attn: Mitchell Rishe
300 S. Spring St., Suite 1702
Los Angeles, CA 90013-1256

California State Lands Commission
c/o Office of the Attorney General
Attn: Mitchell Rishe
300 S. Spring St., Suite 1702
Los Angeles, CA 90013-1256

Driltek, Inc.
Driltek, Inc.
901 Tower Way, Ste 102
Bakersfield, CA 93309-1585

PLS Inc.
One Riverway Ste. 2500
Houston, TX 77056-1992

Rincon Island Limited Partnership
P.O. Box 5489
Santa Maria, CA 93456-5489

Searcy & Searcy, P.C.
c/o Jason R. Searcy
PO Box 3929
Longview, TX 75606-3929

The Claro Group, LLC
1221 McKinney St., Ste 2850
Houston, TX 77010-2028

WEST ENERGY OFFSHORE LTD AND PUNTA GORDA RES
3710 RAWLINS STREET, SUITE 1600
DALLAS, TX 75219-4258

West Coast Welding & Construction, Inc.
2201 Celsius Avenue
Building B
Oxnard, CA 93030-5183

1100 Commerce Street
Room 1254
Dallas, TX 75242-1305

AFLAC
1932 Wynnton Road
Columbus, CA 31999-0002

Ace Pump
848 W. Century
Suite A
Santa Maria, CA 93455-1113

Airgas USA, LLC
P.O. Box 93500
Long Beach, CA
90809-3500

American Home Assurance Company
70 Pine Street
New York, NY 10005-1522

American International Companies
175 Water Street, 6th Floor
New York, NY 10038-4976

Ameripride
P.O. Box 1159
Bemidji, MN 56619-1159

Anterra
918-C 1 Mission Rock Road
Santa Paula, CA 93060-9134

Applied Backflow Technologies
P.O. Box 4193
Ventura, CA 93007-0193

Applied Industrial Technologies
P.O. Box 100538
Psadena, CA 91189-0538

Applus RTD, USA
25636 Network Place
Chicago, IL 60673-1256

Aramark
P.O. Box 101179
Pasadena, CA 91189-0005

Aramark Uniform & Career Apparel
c/o Sheila R. Schwager
Hawley Troxell Ennis & Hawley, LLP
P.O. Box 1617
Boise, ID 83701-1617

Arent Fox LLP
Gas Company Tower
P.O. Box 644672
Pittsburgh, PA 15264-4672

Assurant Employee Benefits
P.O. Box 807009
Kansas City, MO 64184-7009

Atlantic Richfield Company
Teresa H. Pearson
Miller Nash Graham & Dunn LLP
111 S.W. Fifth Avenue, Suite 3400
Portland, OR 97204-3614

Borton Petrini LLP
5060 California Avenue
Suite #700
Bakersfield, CA 93309-7056

Brian L. Holman, Esq.
Musick, Peeler & Garrett, LLP
624 S. Grand Avenue, Suite 2000
Los Angeles, CA 90017-3383

California Board of Equalization
P.O. Box 942879
Sacramento, CA 94279-0001

California Coastal Commission
1121 L Street #503
Sacramento, CA 95814-3943

California DTSC
P.O. Box 806
Sacramento, CA 95812-0806

California Department of Conservation
Div. of Oil Gas and Geothermal Resources
c/o Mitchell Rishe, Deputy Attorney Gen.
California Department of Justice
300 S. Spring Street, Suite 1702
Los Angeles, CA 90013-1256

California Dept. of Fish & Wildlife
1416 9th Street, 12th Floor
Sacramento, CA 95814-5515

California Dept. of Forestry & Fire Pro
Office of State Fire Marshal
Pipeline Safety Division
1131 S. Street
Sacramento, CA 95811-6524

California Employment Development Dept.
P.O. Box 826880
Sacramento, CA 94280-0001

California OSPR
1700 K Street
Suite 250
Sacramento, CA 95811-4016

California State Lands Commission
Joseph Fabel, State Lands Commission
100 Howe Ave., Suite 100-S
Sacramento, CA 95825-8219

Canary, LLC
P.O. Box 670257
Dallas, TX 75267-0257

Capital Industrial Medical Supply Co. Inc.
dba Zee Medical Service Co. #34
107 Bryant St.
Ojai, CA 93023-3309

Cardnoin
P.O. Box 123422
Dallas, TX 75312-3422

Casitas Municipal Water Dist.
1055 Ventura Ave.
Oak View, CA 93022-9699

Clean Seas, LLC
990 Cindy Lane
Unit B
Carpinteria, CA 93013-2900

Coast Ranch Family LLC
1000 South Seaward Avenue
Ventura, CA 93001-3735

Coast Ranch Family, LLC
Brian L. Holman, Esq.
Musick, Peeler & Garrett LLP
624 S. Grand Avenue, Suite 2000
Los Angeles, CA 90017-3383

Commerce and Industry Insurance Company
175 Water Street
New York, NY 10038-4969

County of Ventura
Resource Management Agency
800 S. Victoria Ave.
Ventura, CA 93009-0001

Coverall North America, Inc.
2955 Momentum Place
Chicago, IL 60689-5329

DCOR
8401 N. Central Expressway
Suite 525
Dallas, TX 75225-4418

Dept. of Industrial Relations
Accounting Office (OSH)
P.O. Box 420603
San Francisco, CA 94142-0603

Dept. of Conservation
Div. of Oil, Gas & Geotherm
Attn: Assessments
801 K St, MS 18-05
Sacramento, CA 95814-3520

Diversified Project Services Inc.
5351 Olive Drive
Bakersfield, CA 93308-2926

E.J. Harrison & Sons, Inc.
P.O. Box 4009
Ventura, CA 93007-4009

Electronic Meter Calibrating
P.O. Box 6261
Santa Ana, CA 92706-0261

Environmental Health CUPA
800 S. Victoria Avenue
Ventura, CA 93009-1730

Exclusive Alarms Services
4146 S. Victoria
Suite F-443
Ventura, CA 93003-6183

Farwest Corrosion Control Comp
12029 Regentview Avenue
Downey, CA 90241-5517

Fastenal Company
P.O. Box 978
Winoma, MN 55987-0978

Franchise Tax Board
Bankruptcy Section MS A 340
P.O. Box 2952
Sacramento, CA 95812-2952

Franchise Tax Board
P.O. Box 942857
Sacramento, CA 94257-0531

GIT, Inc.
P.O. Box 5489
Santa Maria, CA 93456-5489

GLR, LLC
45 Rockefeller Plz
Suite 2410
New York, NY 10111-2493
Ventu.

Gary Ammeraal Meter Proving
1584 Clarisse St.
Bakersfield, CA 93314

Golden Empire Towing
1915 Union Ave.
Bakersfield, CA 93305

Greka Integrated Inc.
1700 Sinton Rd
Santa Maria, CA 93458-9708

HVI Cat Canyon, Inc.
1700 Sinton Rd
Santa Maria, CA 93458-9708

Industrial Medical Group
3070 Skyway Drive
Suite 106
Santa Maria, CA 93455-1871

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

JP Morgan Chase Bank, N.A.
Escrow Services
712 Main St., 5th Floor South
Houston, TX 77002-3201

James M. Garten
640 Grant Road
North Salem, NY 10560-2314

Jason R. Searcy, Ch. 11 Trustee
Searcy & Searcy, P.C.
P.O. Box 3929
Longview, TX 75606-3929

KVOS, Inc.
P.O. Box 81263
Bakersfield, CA 93380-1263

Kimray Sales & Service
34928 Gazelle Court
Bakersfield, CA 93308-9618

Lee and Neal
P.O. Box 4127
Santa Barbara, CA 93140-4127

Los Angeles Regional Water QC Board
320 West Fourth street
Suite 200
Los Angeles, CA 90013-2343

M.G. Taylor Equipment, Inc.
P.O. Box 637
Fillmore, CA 93016-0637

MMCG, Inc.
121 Via Del Cielo
Santa Barbara, CA 93109-1427

Marborg Industries
P.o. Box 4127
Santa Barbara, CA 93140-4127

O'Briens Response Management
P.O. Box 534967
Atlanta, GA 30353-4950

Office of the United States Trustee
1100 Commerce
Room 976
Dallas, TX 75242-0996

PG&E
P.O. Box 997300
Sacramento, CA 95899-7300

Pacific SeaTech
110 N. Olive
Suite M
Ventura, CA 93001-2570

Process Engineering Solutions
P.O. Box 5190
Bakersfield, CA 93388-5190

Production Tool Specialties
P.O. Box 4152
Ventura, CA 93007-0152

Pros Incorporated
P.O. Box 20996
Bakersfield, CA 93390-0996

Punta Gorda Resources, LLC
c/o Rutan & Tucker LLP
611 Anton Blvd., Suite 1400
Costa Mesa, CA 92626-1931

Punta Gorda Resources, LLC
co Caroline R. Djang
Rutan & Tucker, LLP
611 Anton Blvd., Ste 1400
Costa Mesa, CA 92626-1931

Railroad Management Company
P.O. Box 678161
Dallas, TX 75267-8161

Ready Refresh
P.O. Box 856158
Louisville, KY 40285-6158

Rival Well Services, Inc.
P.O. Box 12620
Bakersfield, CA 93389-2620

Rolls Scaffolding & Equipment
P.O. Box 7909
Ventura, CA 93006-7909

Silvas Oil Company, Inc.
P.O. Box 1048
Fresno, CA 93714-1048

Smardan-Hatcher Co.
257 Tank Farm Road
San Luis Obispo, CA 93401-7509

South Coast Oil Corporation
c/o Jeffer, Mangels, Butler & Marmaro
1900 Ave of the Stars, 7th Fl
Beverly Hills, CA 90212

Southern California Edison Company
P.O. Box 300
Rosemead, CA 91772-0001

(p)SPRINT NEXTEL CORRESPONDENCE
ATTN BANKRUPTCY DEPT
PO BOX 7949
OVERLAND PARK KS 66207-0949

Stantec
13980 Collections Center Drive
Chicago, IL 60693-0139

Staples Business Advantage
P.O. Box 83689
Chicago, IL 60696-3689

State Lands Commission
Attn: Accounting
100 Howe Ave
Suite 100-South
Sacramento, CA 95825-8202

Steven Hinz-Tax Collector
800 South Victoria Avenue
Ventura, CA 93009-1290

Sweet Oil Tool Rental, Inc.
3511 Getty St.
Bakersfield, CA 93308-5206

Teresa Pearson
Miller Nash Graham & Dunn LLP
111 S.W. Fifth Avenue, Suite 3400
Portland, OR 97204-3614

Thomas & Beers
572 Poli Street
Ventura, CA 93001-2633

Thompco, Inc.
899 Mission Rock Rd.
Santa Paula, CA 93060-9762

U.S. Coast Guard
2703 Martin Luther King Jr. Ave. SE
Washington DC 20593-7000

U.S. EPA
75 Hawthorne Street
San Francisco, CA 94105-3922

UBS
1285 Avenue of the Americas
New York, NY 10019-6096

UBS AG, London Branch
O'Melveny & Myers LLp
400 South Hope Street, 18th Fl.
Los Angeles, CA 90071-2830

Underground Service Alert
P.O. Box 77070
Corona, CA 92877-0102

United Rentals
File 51122
Los Angeles, CA 90074-1122

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

Ventura County APCD
669 Country square Drive
Ventura, CA 93003-5417

Ventura County Tax Collector
800 S. Victoria Ave.
Ventura, CA 93009-0001

Ventura Vacco
4665 Ortega Street
Ventura, CA 93003-7713

Ventura Wholesale Electric Inc.
1785 North Ventura Ave.
Ventura, CA 93001-1573

Vision Service Plan - (CA)
P.O. Box 45210
San Francisco, CA 94145-5210

Walter R. Dahl
Dahl Law, Attorneys At Law
2304 N Street
Sacramento, CA 95816-5716

Weatherford International, LLC
2000 St. James Place
Houston, TX 77056-4123

Wesco
3233 Rio Mirada Drive
Bakersfield, CA 93308-4945

West Coast Welding & Construction, Inc.
P.O. Box 1915
Ventura, CA 93002-1915

Western Fishing Services Inc.
225 Verde Oak Drive
Oak view, CA 93022-9746


Westex
P.O. Box 5587
Oxnard, CA 93031-5587

Westland Transportation, Inc.
3157 Gibson St.
Bakersfield, CA 93308-6111

X-Chem Oilfield Chemicals
P.O. Box 971433
Dallas, TX 75397-1433


Zee Medical
107 Bryant Street
Ojai, CA 93023-3309

Jason R. Searcy
Searcy & Searcy, P.C.
PO Box 3929
Longview, TX 75606-3929

Mark A. Castillo
Curtis Castillo PC
901 Main Street, Suite 6515
Dallas, TX 75202-3782


Randall Newsome
Bo David A. rZdunkewicz
600 Travis, Suite 4200
Houston, TX 77002-2929

Richard S. Schmidt
The Claro Group, LLC
1221 McKinney St., Ste 2850
Houston, TX 77010-2028

Robert W. Peddy
Gollob, Morgan, Peddy & Co., P.C.
1001 ESE Loop 323, Suite 300
Tyler, TX 75701-8609


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Sprint
P.O. Box 4181
Carol Stream, IL 60197-4181


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Coast Ranch Family LLC

(u)GIT, Inc.

(u)GLR, LLC


(u)Punta Gorda Resources, LLC

(u)UBS AG

(u)UBS AG, London Branch


(d)Brian L. Holman, Esq.
Musick, Peeler & Garrett, LLP
624 S. Grand Avenue, Suite 2000
Los Angeles, CA 90017-3321

End of Label Matrix
Mailable recipients    131
Bypassed recipients      7
Total                  138

Brian L. Holman, Esq.
Musick, Peeler & Garrett, LLP
624 S. Grand Avenue, Suite 2000
Los Angeles, CA 90017-3383

California Board of Equalization
P.O. Box 942879
Sacramento, CA 94279-0001

California Coastal Commission
1121 L Street #503
Sacramento, CA 95814-3943

California DTSC
P.O. Box 806
Sacramento, CA 95812-0806

California Department of Conservation
Div. of Oil Gas and Geothermal Resources
c/o Mitchell Rishe, Deputy Attorney Gen.
California Department of Justice
300 S. Spring Street, Suite 1702
Los Angeles, CA 90013-1256

California Dept. of Fish & Wildlife
1416 9th Street, 12th Floor
Sacramento, CA 95814-5515

California Dept. of Forestry & Fire Pro
Office of State Fire Marshal
Pipeline Safety Division
1131 S. Street
Sacramento, CA 95811-6524

California Employment Development Dept.
P.O. Box 826880
Sacramento, CA 94280-0001

California OSPR
1700 K Street
Suite 250
Sacramento, CA 95811-4016

California State Lands Commission
Joseph Fabel, State Lands Commission
100 Howe Ave., Suite 100-S
Sacramento, CA 95825-8219

Canary, LLC
P.O. Box 670257
Dallas, TX 75267-0257

Capital Industrial Medical Supply Co. Inc.
dba Zee Medical Service Co. #34
107 Bryant St.
Ojai, CA 93023-3309

Cardno
P.O. Box 123422
Dallas, TX 75312-3422

Casitas Municipal Water Dist.
1055 Ventura Ave.
Oak View, CA 93022-9699

Clean Seas, LLC
990 Cindy Lane
Unit B
Carpinteria, CA 93013-2900

Coast Ranch Family LLC
1000 South Seaward Avenue
Ventura, CA 93001-3735

Coast Ranch Family, LLC
Brian L. Holman, Esq.
Musick, Peeler & Garrett LLP
624 S. Grand Avenue, Suite 2000
Los Angeles, CA 90017-3383

Commerce and Industry Insurance Company
175 Water Street
New York, NY 10038-4969

County of Ventura
Resource Management Agency
800 S. Victoria Ave.
Ventura, CA 93009-0001

Coverall North America, Inc.
2955 Momentum Place
Chicago, IL 60689-5329

DCOR
8401 N. Central Expressway
Suite 525
Dallas, TX 75225-4418

Dept. of Industrial Relations
Accounting Office (OSH)
P.O. Box 420603
San Francisco, CA 94142-0603

Dept. of Conservation
Div. of Oil, Gas & Geotherm
Attn: Assessments
801 K St, MS 18-05
Sacramento, CA 95814-3520

Diversified Project Services Inc.
5351 Olive Drive
Bakersfield, CA 93308-2926

E.J. Harrison & Sons, Inc.
P.O. Box 4009
Ventura, CA 93007-4009

Electronic Meter Calibrating
P.O. Box 6261
Santa Ana, CA 92706-0261

Environmental Health CUPA
800 S. Victoria Avenue
Ventura, CA 93009-1730

Exclusive Alarrms Services
1846 S. Victoria
Suite F-443
Ventura, CA 93003-6183

Farwest Corrosion Control Comp
12029 Regentview Avenue
Downey, CA 90241-5517

Fastenal Company
P.O. Box 978
Winoma, MN 55987-0978

Franchise Tax Board
Bankruptcy Section MS A 340
P.O. Box 2952
Sacramento, CA 95812-2952

Franchise Tax Board
P.O. Box 942857
Sacramento, CA 94257-0531

GIT, Inc.
P.O. Box 5489
Santa Maria, CA 93456-5489

GLR, LLC
45 Rockefeller Plz
Suite 2410
New York, NY 10111-2493
Ventu:

Gary Ammeraal Meter Proving
1584 Clarisse St.
Bakersfield, CA 93314

Golden Empire Towing
1915 Union Ave.
Bakersfield, CA 93305

Greka Integrated Inc.
1700 Sinton Rd
Santa Maria, CA 93458-9708

HVI Cat Canyon, Inc.
1700 Sinton Rd
Santa Maria, CA 93458-9708

Industrial Medical Group
3070 Skyway Drive
Suite 106
Santa Maria, CA 93455-1871

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

JP Morgan Chase Bank, N.A.
Escrow Services
712 Main St., 5th Floor South
Houston, TX 77002-3201

James M. Garten
640 Grant Road
North Salem, NY 10560-2314

Jason R. Searcy, Ch. 11 Trustee
Searcy & Searcy, P.C.
PO Box 3929
Longview, TX 75606-3929

KVOS, Inc.
P.O. Box 81263
Bakersfield, CA 93380-1263

Kimray Sales & Service
34928 Gazelle Court
Bakersfield, CA 93308-9618

Lee and Neal
P.O. Box 4127
Santa Barbara, CA 93140-4127

Los Angeles Regional Water QC Board
320 West Fourth street
Suite 200
Los Angeles, CA 90013-2343

M.G. Taylor Equipment, Inc.
P.O. Box 637
Fillmore, CA 93016-0637

MMCG, Inc.
121 Via Del Cielo
Santa Barbara, CA 93109-1427

Marborg Industries
P.o. Box 4127
Santa Barbara, CA 93140-4127

O'Briens Response Management
P.O. Box 534967
Atlanta, GA 30353-4950

Office of the United States Trustee
1100 Commerce
Room 976
Dallas, TX 75242-0996

PG&E
P.O. Box 997300
Sacramento, CA 95899-7300

Pacific SeaTech
110 N. Olive
Suite M
Ventura, CA 93001-2570

Process Engineering Solutions
P.O. Box 5190
Bakersfield, CA 93388-5190

Production Tool Specialties
P.O. Box 4152
Ventura, CA 93007-0152

Pros Incorporated
P.O. Box 20996
Bakersfield, CA 93390-0996

Punta Gorda Resources, LLC
c/o Rutan & Tucker LLP
611 Anton Blvd., Suite 1400
Costa Mesa, CA 92626-1931

Punta Gorda Resources, LLC
co Caroline R. Djang
Rutan & Tucker, LLP
611 Anton Blvd., Ste 1400
Costa Mesa, CA 92626-1931

Railroad Management Company
P.O. Box 678161
Dallas, TX 75267-8161

Ready Refresh
P.O. Box 856158
Louisville, KY 40285-6158

Rival Well Services, Inc.
P.O. Box 12620
Bakersfield, CA 93389-2620

Rolls Scaffolding & Equipment
P.O. Box 7909
Ventura, CA 93006-7909


Silvas Oil Company, Inc.
P.O. Box 1048
Fresno, CA 93714-1048

Smardan-Hatcher Co.
257 Tank Farm Road
San Luis Obispo, CA 93401-7509

South Coast Oil Corporation
c/o Jeffer, Mangels, Butler & Marmaro
1900 Ave of the Stars, 7th Fl
Beverly Hills, CA 90212


Southern California Edison Company
P.O. Box 300
Rosemead, CA 91772-0001

(p)SPRINT NEXTEL CORRESPONDENCE
ATTN BANKRUPTCY DEPT
PO BOX 7949
OVERLAND PARK KS 66207-0949

Stantec
13980 Collections Center Drive
Chicago, IL 60693-0139


Staples Business Advantage
P.O. Box 83689
Chicago, IL 60696-3689

State Lands Commission
Attn: Accounting
100 Howe Ave
Suite 100-South
Sacramento, CA 95825-8202

Steven Hinz-Tax Collector
800 South Victoria Avenue
Ventura, CA 93009-1290


Sweet Oil Tool Rental, Inc.
3511 Getty St.
Bakersfield, CA 93308-5206

Teresa Pearson
Miller Nash Graham & Dunn LLP
111 S.W. Fifth Avenue, Suite 3400
Portland, OR 97204-3614

Thomas & Beers
572 Poli Street
Ventura, CA 93001-2633


Thompco, Inc.
899 Mission Rock Rd.
Santa Paula, CA 93060-9762

U.S. Coast Guard
2703 Martin Luther King Jr. Ave. SE
Washington DC 20593-7000

U.S. EPA
75 Hawthorne Street
San Francisco, CA 94105-3922


UBS Jues Bus.ın.
1285 Avenue of the Americas
New York, NY 10019-6096

UBS AG, London Branch
O'Melveny & Myers LLp
400 South Hope Street, 18th Fl.
Los Angeles, CA 90071-2830

Underground Service Alert
P.O. Box 77070
Corona, CA 92877-0102


United Rentals
File 51122
Los Angeles, CA 90074-1122

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

Ventura County APCD
669 Country square Drive
Ventura, CA 93003-5417


Ventura County Tax Collector
800 S. Victoria Ave.
Ventura, CA 93009-0001

Ventura Vacco
4665 Ortega Street
Ventura, CA 93003-7713

Ventura Wholesale Electric Inc.
1785 North Ventura Ave.
Ventura, CA 93001-1573


Vision Service Plan - (CA)
P.O. Box 45210
San Francisco, CA 94145-5210

Walter R. Dahl
Dahl Law, Attorneys At Law
2304 N Street
Sacramento, CA 95816-5716

Weatherford International, LLC
2000 St. James Place
Houston, TX 77056-4123

Wesco
3233 Rio Mirada Drive
Bakersfield, CA 93308-4945

West Coast Welding & Construction, Inc.
P.O. Box 1915
Ventura, CA 93002-1915

Western Fishing Services Inc.
225 Verde Oak Drive
Oak view, CA 93022-9746

Westex
P.O. Box 5587
Oxnard, CA 93031-5587

Westland Transportation, Inc.
3157 Gibson St.
Bakersfield, CA 93308-6111

X-Chem Oilfield Chemicals
P.O. Box 971433
Dallas, TX 75397-1433

Zee Medical
107 Bryant Street
Ojai, CA 93023-3309

Jason R. Searcy
Searcy & Searcy, P.C.
PO Box 3929
Longview, TX 75606-3929

Mark A. Castillo
Curtis Castillo PC
901 Main Street, Suite 6515
Dallas, TX 75202-3782

Randall Newsome
co David A. Zdunkewicz
600 Travis, Suite 4200
Houston, TX 77002-2929

Richard S. Schmidt
The Claro Group, LLC
1221 McKinney St., Ste 2850
Houston, TX 77010-2028

Robert W. Peddy
Gollob, Morgan, Peddy & Co., P.C.
1001 ESE Loop 323, Suite 300
Tyler, TX 75701-8609

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Sprint
P.O. Box 4181
Carol Stream, IL 60197-4181

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Coast Ranch Family LLC

(u)GIT, Inc.

(u)GLR, LLC

(u)Punta Gorda Resources, LLC

(u)UBS AG

(u)UBS AG, London Branch

(d)Brian L. Holman, Esq.
Musick, Peeler & Garrett, LLP
624 S. Grand Avenue, Suite 2000
Los Angeles, CA 90017-3321