**Northern District of Texas**

Notice of Electronic Claims Filing

The following transaction was received from Rishe, Mitchell on 5/10/2018 at 2:18 PM CDT

File another claim

| | |
|---|---|
| **Case Name:** | Rincon Island Limited Partnership |
| **Case Number:** | 16-33174-hdh7 |
| **Creditor Name:** | California State Lands Commission<br>Joseph Fabel, State Lands Commission<br>100 Howe Ave., Suite 100-S<br>Sacramento, CA 95825 |
| **Claim Number:** | 25    Claims Register |

**Amount Claimed:** $78,876,162.12
**Amount Secured:**
**Amount Priority:**

File another claim

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** SLC Proof of Claim-FINAL.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017686615 [Date=5/10/2018] [FileNumber=42162708-0] [268fbde4810cb01c393bc69934949a03d6577857314dd188d1f3c61ceb6764a8f0280ddc82451a41220afc4205b5fc115e59b1cd2c15c81a6a54be2fd486a46b]]

**16-33174-hdh7 Notice will be electronically mailed to:**

Olivia Arden Adendorff on behalf of Creditor UBS AG
oadendorff@gibsondunn.com, tflowers@gibsondunn.com

Olivia Arden Adendorff on behalf of Creditor UBS AG, London Branch
oadendorff@gibsondunn.com, tflowers@gibsondunn.com

Lesley C. Ardemagni on behalf of Creditor California Department of Conservation
lesley.ardemagni@judithwross.com, judith.ross@judithwross.com

Lesley C. Ardemagni on behalf of Creditor California State Lands Commission
lesley.ardemagni@judithwross.com, judith.ross@judithwross.com

Bryan C. Assink on behalf of Creditor West Coast Welding & Construction, Inc.
bassink@curtislaw.net

Monica Susan Blacker on behalf of Creditor Atlantic Richfield Company
mblacker@jw.com, tsalter@jw.com;ldooley@jw.com

Brian L. Holman on behalf of Creditor Coast Ranch Family LLC
B.Holman@MPGLAW.com

Evan M. Jones on behalf of Creditor UBS AG, London Branch
ejones@omm.com

Keith A. Langley on behalf of Creditor American International Companies (AIG)
klangley@l-llp.com, tbarrera@l-llp.com;klangley@ecf.courtdrive.com

Brian M. Metcalf on behalf of Creditor UBS AG, London Branch
bmetcalf@omm.com

Alec P. Ostrow on behalf of Creditor GIT, Inc.
aostrow@beckerglynn.com

Alec P. Ostrow on behalf of Creditor GLR, LLC
aostrow@beckerglynn.com

John D. Penn on behalf of Creditor GLR, LLC
jpenn@perkinscoie.com, docketdal@perkinscoie.com;john--penn-1853@ecf.pacerpro.com

Mitchell Elliott Rishe on behalf of Creditor California Department of Conservation
Mitchell.Rishe@doj.ca.gov

Mitchell Elliott Rishe on beh alf of Creditor California State Lands Commission
Mitchell.Rishe@doj.ca.gov

Michael A. Rosenthal on behalf of Creditor UBS AG
mrosenthal@gibsondunn.com

Michael A. Rosenthal on behalf of Creditor UBS AG, London Branch
mrosenthal@gibsondunn.com

Judith W. Ross on behalf of Creditor California State Lands Commission
judith.ross@judithwross.com

Jason R. Searcy on behalf of Accountant Robert W. Peddy
jrspc@jrsearcylaw.com, jsearcy@jrsearcylaw.com;jsearcy-txnb@ecf.epiqsystems.com

Jason R. Searcy on behalf of Trustee Jason R. Searcy
jrspc@jrsearcylaw.com, jsearcy@jrsearcylaw.com;jsearcy-txnb@ecf.epiqsystems.com

Joshua P. Searcy on behalf of Trustee Jason R. Searcy
joshsearcy@jrsearcylaw.com, jrspc@jrsearcylaw.com

Eric A. Soderlund on behalf of Creditor California State Lands Commission
eric.soderlund@judithwross.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

Eric M. Van Horn on behalf of Creditor WEST ENERGY OFFSHORE LTD AND PUNTA GORDA RESOURCES, LLC
ericvanhorn@mccathernlaw.com, klucas@mccathernlaw.com

David A. Zdunkewicz on behalf of Plaintiff Hunton Andrews Kurth LLP
DZdunkewicz@HuntonAK.com

**16-33174-hdh7 Notice will not be electronically mailed to:**

Andrews Kurth Kenyon LLP
600 Travis, Suite 4200
Houston, TX 77002

Mark A. Castillo
Curtis Castillo PC
901 Main Street, Suite 6515
Dallas, TX 75202

Caroline R. Djang on behalf of Interested Party Punta Gorda Resources, LLC
Rutan & Tucker, LLP
611 Anton Blvd., Ste 1400
Costa Mesa, CA 92626-1931

Driltek, Inc.
Driltek, Inc.
901 Tower Way, Ste 102
Bakersfield, CA 93309

Mark B. Frazier on behalf of Creditor WEST ENERGY OFFSHORE LTD AND PUNTA GORDA RESOURCES, LLC
Rutan & Tucker, LLP
611 Anton Blvd 14th Floor
Costa Mesa, CA 92626

Gollob, Morgan, Peddy & Co.
1001 ESE Loop 323, Suite 300
Tyler, TX 75701

Randall Newsome
co David A. Zdunkewicz
600 Travis, Suite 4200
Houston, TX 77002

PLS Inc.
One Riverway Ste. 2500
Houston, TX 77056

Robert W. Peddy
Gollob, Morgan, Peddy & Co., P.C.
1001 ESE Loop 323, Suite 300
Tyler, TX 75701

Rincon Island Limited Partnership
P.O. Box 5489
Santa Maria, CA 93456

Richard S. Schmidt
The Claro Group, LLC
1221 McKinney St., Ste 2850
Houston, TX 77010

Jason R. Searcy
Searcy & Searcy, P.C.
PO Box 3929
Longview, TX 75606

Searcy & Searcy, P.C.
c/o Jason R. Searcy
PO Box 3929
Longview, TX 75606

Searcy & Searcy, P.C. on behalf of Trustee Jason R. Searcy
P.O. Box 3929
Longview, TX 75606

The Claro Group, LLC
1221 McKinney St., Ste 2850
Houston, TX 77010