**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

In re: RINCON ISLAND LIMITED PARTNERSHIP §§§§

Case No. 16-33174-HDH-7

Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Diane G. Reed, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $22,074,555.21 | Assets Exempt: | N/A |
| Total Distributions to Claimants: | $595,461.57 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $513,420.83 | | |

3) Total gross receipts of $1,108,882.40 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,108,882.40 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $234,685,176.02 | $234,685,176.02 | $595,461.57 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $485,218.12 | $485,218.12 | $481,513.61 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $32,220.80 | $32,220.80 | $31,907.22 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $9,128.33 | $9,128.33 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $0.00 | $209,467,968.94 | $209,467,968.94 | $0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $444,679,712.21 | $444,679,712.21 | $1,108,882.40 |

4) This case was originally filed under chapter 7 on 01/08/2018, and it was converted to chapter 7 on 01/08/2018. The case was pending for 40 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/12/2021     By: /s/ Diane G. Reed
                          Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Socorro Capital - Performance Bond | 1129-000 | $1,003,700.12 |
| Lease payments from Sprint | 1222-000 | $13,262.27 |
| TBT Checking account - Chapter 11 funds (close o | 1290-000 | $91,920.01 |
| Transfer of estate funds from previous trustee Searcy | 1290-000 | $96,199.29 |
| trustee Transfer of funds to successor trustee | 1290-000 | -$96,199.29 |
| **TOTAL GROSS RECEIPTS** | | **$1,108,882.40** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 -1 | UBS AG, London Branch | 4210-000 | $0.00 | $103,285,101.80 | $103,285,101.80 | $0.00 |
| 8S-1 | GLR, LLC | 4210-000 | $0.00 | $17,936,411.00 | $17,936,411.00 | $0.00 |
| 12 -2 | Ventura County Tax Collector | 4210-000 | $0.00 | $16,286.34 | $16,286.34 | $0.00 |
| 23 -1 | UBS AG, London Branch | 4210-000 | $0.00 | $112,851,915.31 | $112,851,915.31 | $0.00 |
| ADM006 | UBS AG, Stamford Branch | 4210-000 | NA | $595,461.57 | $595,461.57 | $595,461.57 |
| | **TOTAL SECURED** | | **$0.00** | **$234,685,176.02** | **$234,685,176.02** | **$595,461.57** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - JASON R. SEARCY -- CH7 TRUSTEE | 2100-000 | NA | $4,110.35 | $4,110.35 | $3,862.48 |
| Trustee, Fees - Diane G. Reed | 2100-000 | NA | $55,292.10 | $55,292.10 | $51,957.81 |
| Trustee, Expenses - Diane G. Reed | 2200-000 | NA | $2,028.95 | $2,028.95 | $1,906.60 |
| Attorney for Trustee Fees - Searcy & Searcy, P.C. | 3110-000 | NA | $380,886.25 | $380,886.25 | $380,886.25 |
| Attorney for Trustee, Expenses - Searcy & Searcy, P.C. | 3120-000 | NA | $4,881.27 | $4,881.27 | $4,881.27 |
| Bond Payments - Ward & Moore Insurance Services - Dallas | 2300-000 | NA | $1,595.00 | $1,595.00 | $1,595.00 |
| Banking and Technology Service Fee - First National Bank of Vinita | 2600-000 | NA | $160.00 | $160.00 | $160.00 |
| Banking and Technology Service Fee - First National Bank of Vinita | 2600-000 | NA | $236.14 | $236.14 | $236.14 |
| Banking and Technology Service Fee - First National Bank of Vinita | 2600-000 | NA | $209.41 | $209.41 | $209.41 |
| Banking and Technology Service Fee - First National Bank of Vinita | 2600-000 | NA | $317.16 | $317.16 | $317.16 |
| Banking and Technology Service Fee - Metropolitan Commercial Bank | 2600-000 | NA | $7,149.67 | $7,149.67 | $7,149.67 |
| Chapter 7 Operating Case Expenses - Franchise Tax Board | 2690-000 | NA | $1,714.62 | $1,714.62 | $1,714.62 |
| Other State or Local Taxes (post-petition) - Franchise Tax Board | 2820-000 | NA | $800.00 | $800.00 | $800.00 |
| Other Chapter 7 Administrative Expenses - No Claim #ADM005 | 2990-000 | NA | $0.00 | $0.00 | $0.00 |
| Accountant for Trustee Fees (Other Firm) - Gollob Morgan Peddy, P.C. | 3410-000 | NA | $4,860.00 | $4,860.00 | $4,860.00 |
| Accountant for Trustee Fees (Other Firm) - Gollob Morgan Peddy | 3410-000 | NA | $20,977.20 | $20,977.20 | $20,977.20 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$485,218.12** | **$485,218.12** | **$481,513.61** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Prior Chapter Trustee Compensation - United States Trustee | 6101-000 | NA | $5,200.00 | $5,200.00 | $4,886.42 |
| Prior Chapter Trustee Compensation - JASON R. SEARCY - CH11 TRUSTEE | 6101-000 | NA | $27,020.80 | $27,020.80 | $27,020.80 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$0.00** | **$32,220.80** | **$32,220.80** | **$31,907.22** |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9P-2 | California Department of Conservation | 5800-000 | $0.00 | $2,918.33 | $2,918.33 | $0.00 |
| 16 -1 | Coast Ranch Family LLC | 5800-000 | $0.00 | $6,210.00 | $6,210.00 | $0.00 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$9,128.33** | **$9,128.33** | **$0.00** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -3 | Internal Revenue Service | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 -1 | Franchise Tax Board | 7100-000 | $0.00 | $1,663.58 | $1,663.58 | $0.00 |
| 3 -1 | Capital Industrial Medical Supply Co. Inc. | 7100-000 | $0.00 | $626.88 | $626.88 | $0.00 |
| 4 -1 | Aramark Uniform & Career Apparel | 7100-000 | $0.00 | $31,308.66 | $31,308.66 | $0.00 |
| 5 -3 | Coast Ranch Family, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 -1 | Atlantic Richfield Company | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8U-1 | GLR, LLC | 7100-000 | $0.00 | $34,468,535.42 | $34,468,535.42 | $0.00 |
| 9U-2 | California Department of Conservation | 7100-000 | $0.00 | $73,073,650.00 | $73,073,650.00 | $0.00 |
| 10 -3 | California State Lands Commission | 7100-000 | $0.00 | $78,876,162.12 | $78,876,162.12 | $0.00 |
| 11 -1 | West Coast Welding & Construction, Inc. | 7100-000 | $0.00 | $2,324,360.48 | $2,324,360.48 | $0.00 |
| 13 -1 | Ventura County Tax Collector | 7200-000 | $0.00 | $74.10 | $74.10 | $0.00 |
| 15 -1 | Coast Ranch Family LLC | 7200-000 | $0.00 | $6,210.00 | $6,210.00 | $0.00 |
| 17 -1 | MMCG, Inc. | 7200-000 | $0.00 | $4,949.00 | $4,949.00 | $0.00 |
| 18 -1 | Pacific SEATEC, LLC | 7200-000 | $0.00 | $2,090.00 | $2,090.00 | $0.00 |
| 19 -1 | Global Risk, LLC | 7200-000 | $0.00 | $25,275.70 | $25,275.70 | $0.00 |
| 20 -1 | Borton Petrini, LLP | 7200-000 | $0.00 | $3,352.00 | $3,352.00 | $0.00 |

| 21 -1 | GIT, Inc. | 7200-000 | $0.00 | $955,714.00 | $955,714.00 | $0.00 |
| 22 -1 | HVI Cat Canyon, Inc. | 7200-000 | $0.00 | $19,687,997.00 | $19,687,997.00 | $0.00 |
| 25 -1 | California State Lands Commission | 7200-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 -1 | DCOR | 7200-000 | $0.00 | $6,000.00 | $6,000.00 | $0.00 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$0.00** | **$209,467,968.94** | **$209,467,968.94** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 16-33174-HDH-7 | Trustee Name: | (631510) Diane G. Reed |
|---|---|---|---|
| Case Name: | RINCON ISLAND LIMITED PARTNERSHIP | Date Filed (f) or Converted (c): | 01/08/2018 (c) |
|  |  | § 341(a) Meeting Date: | 02/05/2018 |
| For Period Ending: | 05/12/2021 | Claims Bar Date: | 12/07/2016 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Lease payments from Sprint (u) | 13,262.27 | 13,262.27 |  | 13,262.27 | FA |
| 2 | TBT Checking account - Chapter 11 funds (close o    (u) | 0.00 | 91,920.01 |  | 91,920.01 | FA |
| 3 | Adversary claim to escrow fund (u) | 1,000,000.00 | 1,000,000.00 |  | 0.00 | FA |
| 4 | BofA checking account  6169 | 592.00 | 0.00 |  | 0.00 | FA |
| 5 | BofA checking account  5733 | 1,863.00 | 0.00 |  | 0.00 | FA |
| 6 | CitiBank checking account | 11,513.14 | 0.00 |  | 0.00 | FA |
| 7 | Socorro Capital - Performance Bond<br>Turnover of funds in Socorro Capital LLC account at Raymond James. | 1,010,106.09 | 1,010,106.09 |  | 1,003,700.12 | FA |
| 8 | Commerce & Industry Ins. Co. - Performance Bond | 3,042,187.59 | 3,042,187.59 |  | 0.00 | FA |
| 9 | Prepayments | 15,175.48 | 0.00 |  | 0.00 | FA |
| 10* | Various office furniture, fixtures & equipment (See Footnote) | 0.00 | 0.00 | OA | 0.00 | FA |
| 11* | Two boats (See Footnote) | 0.00 | 0.00 | OA | 0.00 | FA |
| 12* | Oil production equipment (See Footnote) | 66,813.00 | 0.00 | OA | 0.00 | FA |
| 13* | Several Oil and Gas Leases (See Footnote) | 17,936,411.00 | 0.00 | OA | 0.00 | FA |
| 14 | VOID (u) | VOID | VOID | VOID | VOID | VOID |
| 15 | FNB Vinita OK bank account funds<br>Transfer of funds from former trustee account @ FNB&Trust, Vinita, OK.  (Not included in DGR's commission.) | 0.00 | 96,199.29 |  | 0.00 | FA |
| 16* | Portion of Lot 67, Mussel Shoal Tract No. 1 (u)<br>Notice of intent to abandon -- 3/16/21. (See Footnote) | 0.00 | 0.00 | OA | 0.00 | FA |
| **16** | **Assets Totals (Excluding unknown values)** | **$23,097,923.57** | **$5,253,675.25** |  | **$1,108,882.40** | **$0.00** |

| RE PROP# 10 | Ordered abandoned 1/8/18 Doc 356 |
|---|---|
| RE PROP# 11 | Ordered abandoned 1/8/18 Doc 356 |
| RE PROP# 12 | Ordered abandoned 1/8/18 Doc 356 |
| RE PROP# 13 | Ordered abandoned 1/8/18 Doc 356 |
| RE PROP# 16 | All that portion of Lot 67 of the Mussel Shoal Track No. 1, Ventura County, State of California, as per Map filed in Book 12 of Maps at page 29, in the office of the County Recorder, and accretions thereto, lying northwesterly and westerly of the following described line:  Beginning at the intersection of the northeasterly line of said Lot 67, with the northeasterly prolongation of a line with is parallel with the northwesterly line of said Lot 67 and distant 25 feet southeasterly therefrom, measured at right angles thereto; thence south 52º 32' West along said parallel line and its prolongation a distance of 95 feet; thence south 10º 8' West to the southerly line of said lot.<br>The Trustee's Final Report has been amended to include this abandoned property. |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 2

**Case No.:** 16-33174-HDH-7  
**Case Name:** RINCON ISLAND LIMITED PARTNERSHIP  
**For Period Ending:** 05/12/2021

**Trustee Name:** (631510) Diane G. Reed  
**Date Filed (f) or Converted (c):** 01/08/2018 (c)  
**§ 341(a) Meeting Date:** 02/05/2018  
**Claims Bar Date:** 12/07/2016

**Major Activities Affecting Case Closing:**

1/28/20 -- Trustee's Final Report was submitted to the UST on 1/11/2021.

**Initial Projected Date Of Final Report (TFR):** 12/31/2019   **Current Projected Date Of Final Report (TFR):** 03/17/2021 (Actual)

05/12/2021    /s/Diane G. Reed

Date    Diane G. Reed

UST Form 101-7-TDR ( 10 /1/2010)

Form 2    Exhibit 9

## Cash Receipts And Disbursements Record

Page: 1

| Case No.: | 16-33174-HDH-7 | Trustee Name: | Diane G. Reed (631510) |
|---|---|---|---|
| Case Name: | RINCON ISLAND LIMITED PARTNERSHIP | Bank Name: | First National Bank - Vinita |
| Taxpayer ID #: | **-***2851 | Account #: | ****2034 Checking |
| For Period Ending: | 05/12/2021 | Blanket Bond (per case limit): | N/A |
| | | Separate Bond (if applicable): | $1,120,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/01/18 | {1} | Sprint | Lease Payment from Sprint | 1222-000 | 3,443.89 | | 3,443.89 |
| 04/06/18 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 10.00 | 3,433.89 |
| 04/10/18 | {2} | Rincon Island Limited Partnership | Close of TBT Chapter 11 account | 1290-000 | 91,920.01 | | 95,353.90 |
| 04/17/18 | {1} | Sprint | Sprint Rental Payments | 1222-000 | 3,443.89 | | 98,797.79 |
| 04/30/18 | {1} | Sprint | Sprint Rental Payments | 1222-000 | 3,443.89 | | 102,241.68 |
| 05/01/18 | 101 | Franchise Tax Board | 2017 CA Partnership Income Tax - Order dated 4-27-18, Dkt. #384 | 2820-000 | | 800.00 | 101,441.68 |
| 05/07/18 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 68.02 | 101,373.66 |
| 05/15/18 | 102 | Gollob Morgan Peddy, P.C. | Order dated 5-15-18, Dkt. #388 | 3410-000 | | 4,860.00 | 96,513.66 |
| 06/01/18 | {1} | Sprint | Sprint Rental Payments | 1222-000 | 3,443.89 | | 99,957.55 |
| 06/07/18 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 105.55 | 99,852.00 |
| 07/02/18 | {1} | Sprint | Sprint Rental Payments | 1222-000 | 3,443.89 | | 103,295.89 |
| 07/09/18 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 102.26 | 103,193.63 |
| 07/31/18 | {1} | Sprint | Sprint Rental Payments | 1222-000 | 3,443.89 | | 106,637.52 |
| 08/07/18 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 109.35 | 106,528.17 |
| 08/30/18 | {1} | Sprint | Sprint Rental Payments | 1222-000 | 3,443.89 | | 109,972.06 |
| 09/10/18 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 113.24 | 109,858.82 |
| 10/02/18 | {1} | Sprint | Lease Payment from Sprint | 1222-000 | 3,443.89 | | 113,302.71 |
| 10/05/18 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 112.90 | 113,189.81 |
| 10/09/18 | 103 | JASON R. SEARCY - CH11 TRUSTEE | 11 TTE Compensation Order dated 10-2-18, Dkt. #393, Ch 11 TTE Compensation | 6101-000 | | 27,020.80 | 86,169.01 |
| 10/30/18 | {1} | Sprint | Sprint Rental Payments | 1222-000 | 3,443.89 | | 89,612.90 |
| 11/07/18 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 110.81 | 89,502.09 |
| 12/04/18 | {1} | Sprint | Sprint Rental Payments | 1222-000 | 3,443.89 | | 92,945.98 |
| 12/07/18 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 91.98 | 92,854.00 |
| 12/27/18 | {1} | Sprint | Lease Payment from Sprint | 1222-000 | 3,443.89 | | 96,297.89 |
| 01/08/19 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 98.60 | 96,199.29 |
| 01/30/19 | | Diane G. Reed | trustee Transfer of funds to successor trustee | 1290-000 | | 96,199.29 | 0.00 |

Page Subtotals:    $129,802.80    -$62,595.78

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| | |  | | |
|---|---|---|---|---|
| Case No.: | 16-33174-HDH-7 | Trustee Name: | Diane G. Reed (631510) | |
| Case Name: | RINCON ISLAND LIMITED PARTNERSHIP | Bank Name: | First National Bank - Vinita | |
| Taxpayer ID #: | **-***2851 | Account #: | ****2034 Checking | |
| For Period Ending: | 05/12/2021 | Blanket Bond (per case limit): | N/A | |
| | | Separate Bond (if applicable): | $1,120,000.00 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction / Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | COLUMN TOTALS | | 129,802.80 | 129,802.80 | $0.00 |
| | | | Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| | | Subtotal | | 129,802.80 | 129,802.80 | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | NET Receipts / Disbursements | | $129,802.80 | $129,802.80 | |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 3

| Case No.: | 16-33174-HDH-7 | Trustee Name: | Diane G. Reed (631510) |
|---|---|---|---|
| Case Name: | RINCON ISLAND LIMITED PARTNERSHIP | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***2851 | Account #: | ******3966 Checking Account |
| For Period Ending: | 05/12/2021 | Blanket Bond (per case limit): | N/A |
| | | Separate Bond (if applicable): | $1,120,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/29/19 | | Transfer of funds from Trustee Searcy | Transfer of estate funds from previous trustee Searcy | 1290-000 | 96,199.29 | | 96,199.29 |
| 02/12/19 | {1} | Sprint | Lease payments from Sprint | 1222-000 | 3,581.65 | | 99,780.94 |
| 04/09/19 | 101 | Searcy & Searcy, P.C. | Pay attorneys' fees per 4/9/19 Order. | 3110-000 | | 30,028.00 | 69,752.94 |
| 04/09/19 | 102 | Searcy & Searcy, P.C. | Pay attorneys' expenses per 4/9/19 Order. | 3120-000 | | 1,918.40 | 67,834.54 |
| 05/15/19 | {1} | Sprint | Lease payment from Sprint | 1222-000 | 3,581.65 | | 71,416.19 |
| 05/15/19 | {1} | Sprint | Lease payment from Sprint | 1222-000 | 3,581.65 | | 74,997.84 |
| 05/15/19 | {1} | Sprint | Lease payment from Sprint | 1222-000 | 3,581.65 | | 78,579.49 |
| 06/03/19 | {1} | Sprint | Lease payment from Sprint | 1222-000 | 3,581.65 | | 82,161.14 |
| 07/01/19 | {1} | Sprint | Lease payment from Sprint | 1222-000 | 3,581.65 | | 85,742.79 |
| 07/17/19 | | Transition Transfer Debit | | 9999-000 | | 85,742.79 | 0.00 |
| | | **COLUMN TOTALS** | | | 117,689.19 | 117,689.19 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 85,742.79 | |
| | | **Subtotal** | | | 117,689.19 | 31,946.40 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $117,689.19 | $31,946.40 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Form 2           Exhibit 9

## Cash Receipts And Disbursements Record

Page: 4

| Case No.: | 16-33174-HDH-7 | Trustee Name: | Diane G. Reed (631510) |
|---|---|---|---|
| Case Name: | RINCON ISLAND LIMITED PARTNERSHIP | Bank Name: | People's United Bank |
| Taxpayer ID #: | **-***2851 | Account #: | ********7468 Checking Account |
| For Period Ending: | 05/12/2021 | Blanket Bond (per case limit): | N/A |
| | | Separate Bond (if applicable): | $1,120,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/17/19 | | Transfer from 0061 to 7468 | Transfer from 0061 to 7468 | 9999-000 | 85,742.79 | | 85,742.79 |
| 07/30/19 | {1} | Sprint | Receipt from Sprint | 1222-000 | 3,581.65 | | 89,324.44 |
| 08/29/19 | 10103 | Franchise Tax Board | 2018 California Partnership Return of Income Voided on 08/29/2019 | 2690-004 | | 800.00 | 88,524.44 |
| 08/29/19 | 10103 | Franchise Tax Board | 2018 California Partnership Return of Income Voided: check issued on 08/29/2019 | 2690-004 | | -800.00 | 89,324.44 |
| 08/30/19 | 10104 | Franchise Tax Board | Pay 2017 - 2019 California Partnership Franchise Taxes per 8/30/19 Order. | 2690-000 | | 1,714.62 | 87,609.82 |
| 09/04/19 | {1} | Sprint | Receipt from Sprint | 1222-000 | 3,581.65 | | 91,191.47 |
| 10/08/19 | {1} | Sprint | Receipt from Sprint | 1222-000 | 3,581.65 | | 94,773.12 |
| 11/05/19 | {1} | Sprint | Receipt from Sprint | 1222-000 | 3,581.65 | | 98,354.77 |
| 11/20/19 | | Transfer from 7468 to 0861 | Transfer from 7468 to 0861 | 9999-000 | | 98,354.77 | 0.00 |
| | | COLUMN TOTALS | | | 100,069.39 | 100,069.39 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 85,742.79 | 98,354.77 | |
| | | Subtotal | | | 14,326.60 | 1,714.62 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $14,326.60 | $1,714.62 | |

{ } Asset Reference(s)      UST Form 101-7-TDR ( 10 /1/2010)      ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 5

| Case No.: | 16-33174-HDH-7 | Trustee Name: | Diane G. Reed (631510) |
|---|---|---|---|
| Case Name: | RINCON ISLAND LIMITED PARTNERSHIP | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***2851 | Account #: | ******1771 Checking Account |
| For Period Ending: | 05/12/2021 | Blanket Bond (per case limit): | N/A |
| | | Separate Bond (if applicable): | $1,120,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/20/19 | | Transfer from 4083 to 1771 | Transfer from 4083 to 1771 | 9999-000 | 98,354.77 | | 98,354.77 |
| 12/02/19 | {1} | Sprint | Receipt from Sprint | 1222-000 | 3,581.65 | | 101,936.42 |
| 12/27/19 | {1} | Sprint | Receipt from Sprint | 1222-000 | 3,581.65 | | 105,518.07 |
| 01/27/20 | {7} | Bankruptcy Estate of Rincon Island | WIRE FROM SOCORRO CAPITAL | 1129-000 | 1,003,700.12 | | 1,109,218.19 |
| 02/03/20 | {1} | Sprint | Receipt from Sprint | 1222-000 | 3,724.92 | | 1,112,943.11 |
| 02/24/20 | 20105 | Ward & Moore Insurance Services - Dallas | Rincon Island case bond $1,120,000. | 2300-000 | | 1,595.00 | 1,111,348.11 |
| 02/28/20 | {1} | Sprint | Receipt from Sprint | 1222-000 | 3,742.92 | | 1,115,091.03 |
| 03/10/20 | {1} | SPRINT | ck14322220 enc err fed adj 02 28 | 1222-000 | -18.00 | | 1,115,073.03 |
| 03/26/20 | 20106 | Searcy & Searcy, P.C. | Special Counsel fees | 3110-000 | | 334,533.25 | 780,539.78 |
| 03/26/20 | 20107 | Searcy & Searcy, P.C. | Special Counsel expenses | 3120-000 | | 1,407.17 | 779,132.61 |
| 03/30/20 | {1} | Sprint | Receipt from Sprint | 1222-000 | 3,724.92 | | 782,857.53 |
| 03/31/20 | 20108 | Gollob Morgan Peddy | Pay accountant's fees per 3/31/20 Order | 3410-000 | | 6,977.20 | 775,880.33 |
| 03/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 891.34 | 774,988.99 |
| 04/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,259.21 | 773,729.78 |
| 05/01/20 | {1} | Sprint | Receipt from Sprint | 1222-000 | 3,724.92 | | 777,454.70 |
| 05/29/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,200.43 | 776,254.27 |
| 06/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,323.44 | 774,930.83 |
| 07/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,279.90 | 773,650.93 |
| 08/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,195.35 | 772,455.58 |
| 10/26/20 | 20109 {1} | Sprint PCS Assets L.L.C. | Pay per 10/23/20 Order. | 1222-000 | -82,500.00 | | 689,955.58 |
| 10/26/20 | 20110 | Searcy & Searcy, P.C. | Pay per 10/23/20 Order. | 3110-000 | | 16,325.00 | 673,630.58 |
| 10/26/20 | 20111 | Searcy & Searcy, P.C. | Pay per 10/23/20 Order. | 3120-000 | | 1,555.70 | 672,074.88 |
| 10/26/20 | 20112 | Gollob Morgan Peddy, P.C. | Pay per 10/23/20 Order. | 3410-000 | | 14,000.00 | 658,074.88 |
| 10/28/20 | 20113 | UBS AG, Stamford Branch | Pay UBS per 10/23/20 Order. | 4210-000 | | 595,461.57 | 62,613.31 |
| 01/13/21 | 20114 | JASON R. SEARCY -- CH7 TRUSTEE | Pay per 1/13/21 Order, Doc 440 Voided on 02/02/2021 | 2100-004 | | 4,110.35 | 58,502.96 |
| 02/02/21 | 20114 | JASON R. SEARCY -- CH7 TRUSTEE | Pay per 1/13/21 Order, Doc 440 Voided: check issued on 01/13/2021 | 2100-004 | | -4,110.35 | 62,613.31 |
| 02/02/21 | 20115 | JASON R. SEARCY -- CH7 TRUSTEE | Pay per 1/13/21 Order, Doc 440 | 2100-000 | | 3,862.48 | 58,750.83 |
| 03/16/21 | 20116 | Diane G. Reed | Pay trustee's pro-rata compensation per 3/15/21 Order. | 2100-000 | | 51,957.81 | 6,793.02 |
| 03/16/21 | 20117 | Diane G. Reed | Pay trustee's pro-rata expenses per 3/15/21 Order. | 2200-000 | | 1,906.60 | 4,886.42 |
| 03/16/21 | 20118 | United States Trustee | Pay claim pro-rata 93.97% | 6101-000 | | 4,886.42 | 0.00 |

Page Subtotals: $1,041,617.87    $1,041,617.87

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 6

| | |
|---|---|
| Case No.: | 16-33174-HDH-7 |
| Case Name: | RINCON ISLAND LIMITED PARTNERSHIP |
| Taxpayer ID #: | **-***2851 |
| For Period Ending: | 05/12/2021 |

| | |
|---|---|
| Trustee Name: | Diane G. Reed (631510) |
| Bank Name: | Metropolitan Commercial Bank |
| Account #: | ******1771 Checking Account |
| Blanket Bond (per case limit): | N/A |
| Separate Bond (if applicable): | $1,120,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | COLUMN TOTALS | | | 1,041,617.87 | 1,041,617.87 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 98,354.77 | 0.00 | |
| | | Subtotal | | | 943,263.10 | 1,041,617.87 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $943,263.10 | $1,041,617.87 | |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 7

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 16-33174-HDH-7 | **Trustee Name:** | Diane G. Reed (631510) | |
| **Case Name:** | RINCON ISLAND LIMITED PARTNERSHIP | **Bank Name:** | Metropolitan Commercial Bank | |
| **Taxpayer ID #:** | **-***2851 | **Account #:** | ******1771 Checking Account | |
| **For Period Ending:** | 05/12/2021 | **Blanket Bond (per case limit):** | N/A | |
| | | **Separate Bond (if applicable):** | $1,120,000.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ****2034 Checking | $129,802.80 | $129,802.80 | $0.00 |
| ******3966 Checking Account | $117,689.19 | $31,946.40 | $0.00 |
| ********7468 Checking Account | $14,326.60 | $1,714.62 | $0.00 |
| ******1771 Checking Account | $943,263.10 | $1,041,617.87 | $0.00 |
| | **$1,205,081.69** | **$1,205,081.69** | **$0.00** |

05/12/2021 /s/Diane G. Reed
Date Diane G. Reed

UST Form 101-7-TDR (10/1/2010)